# EXHIBIT A

# TABLE OF CONTENTS

RICOLA PRODUCTS..........................................................................................................

    Ricola Cherry Honey Herb Throat Drops............................................................. 3

    Ricola Honey Lemon with Echinacea Cough Suppressant Throat Drops.............................. 5

    Ricola Lemon Mint Herb Throat Drops ............................................................... 7

    Ricola Sugar-free Lemon Mint Herb Throat Drops............................................... 9

    Ricola Mixed Berry with Vitamin C Supplement Drops...................................... 11

    Ricola Sugar-free Green Tea with Echinacea Cough Suppressant Throat Drops ............... 12

    Ricola Sugar-free Swiss Cherry Herb Throat Drops ........................................... 14

# Ricola Cherry Honey Herb Throat Drops



## CHERRY HONEY

A delicate, fruity blend of cherry and honey, seasoned with Ricola's herb mixture.





Recommend

## PRODUCT DETAIL

Click each item for specific nutritional information

Ingredients                                        ︿

Cherry Honey
*Active Ingredient
(in each drop)*                      *Purposes*

Menthol, 2.0 mg                    Oral pain reliever

Uses temporarily relieves occasional minor irritation and
pain associated with

- sore mouth
- sore throat

Warnings
Do not use

- in children under 6 years of age unless directed by
  a doctor.

Stop use and ask a doctor if

- sore throat is severe, persists for more than 2 days,
  or is accompanied by fever, headache, rash,
  nausea or vomiting.
- sore mouth symptoms do not improve in 7 days.

Keep out of reach of children.

Directions

- adults and children 6 years and older: dissolve 2
  drops (one at a time) slowly in the mouth. Repeat
  every 2 hours as needed or as directed by a doctor.
- Children under 6 years: ask a doctor.

Other Information
Store in a dry place

Inactive Ingredients
extract of Ricola's herb mixture (elder, horehound, hyssop,
lemon balm, linden flowers, mallow, peppermint, sage,
thyme, wild thyme), honey, malic acid, natural cherry
concentrate, natural color (extract of fruit and vegetable),
natural flavors, starch syrup, sugar

# Ricola Honey Lemon with Echinacea Cough Suppressant Throat Drops



## HONEY LEMON

A combination of honey, herbal lemon balm and echinacea work in harmony to bring soothing relief to sore throats.



Recommend

## PRODUCT DETAIL

Click each item for specific nutritional information

Ingredients ^

Lemon with Echinacea
*Active Ingredient
(in each drop)*

*Purposes*

Cough suppressant
Oral pain reliever

Menthol, 3.5 mg

Uses temporarily relieves:

- cough due to a cold or inhaled irritants
- occasional minor irritation and pain due to sore throat or sore mouth

Warnings
Sore throat warnings:

- If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, swelling, nausea, or vomiting, consult a doctor promptly. These may be serious.
- Do not use in children under 6 years of age unless directed by a doctor.

Ask a doctor before use if you have

- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- cough accompanied by excessive phlegm (mucus)

Stop use and ask a doctor if

- cough persists for more than 1 week, tends to recur, or is accompanied by fever, rash or persistent headache. These could be signs of a serious condition.
- sore mouth does not improve in 7 days
- irritation, pain, or redness persists or worsens

Keep out of reach of children.

Directions

- adults and children 6 years and older: dissolve 2 drops (one at a time) slowly in the mouth. Repeat every 2 hours as needed or as directed by a doctor.
- children under 6 years: ask a doctor

Other Information
Store in a dry place

Inactive Ingredients
ascorbic acid (vitamin C), citric acid, extract of echinacea and Ricola's herb mixture (elder, horehound, hyssop, lemon balm, linden flowers, mallow, peppermint, sage, thyme, wild thyme), lemon juice concentrate, honey, natural flavors (honey, lemon oil, peppermint oil), starch syrup, sugar

# Ricola Lemon Mint Herb Throat Drops



## LEMON MINT

Lemon Mint is a flavor combination of the Ricola original herb blend and menthol, with a refreshing lemony taste..Ricola Lemon Mint offers relief from the discomfort of a sore throat as well as minor throat irritation.

  



Recommend

## PRODUCT DETAIL

Click each item for specific nutritional information

Ingredients                                        ∧

Lemon Mint

| Active Ingredient (in each drop) | Purposes |
|---|---|
| Menthol, 1.5 mg | Oral pain reliever |

Uses temporarily relieves occasional minor irritation and pain associated with

- sore mouth
- sore throat

Warnings
Do not use

- in children under 6 years of age unless directed by a doctor.

Stop use and ask a doctor if

- sore throat is severe, persists for more than 2 days, or is accompanied by fever, headache, rash, nausea or vomiting.
- sore mouth symptoms do not improve in 7 days

Keep out of reach of Children.

Directions

- adults and children 6 years and older: dissolve 2 drops (one at a time) slowly in the mouth. Repeat every 2 hours as needed or as directed by a doctor.
- Children under 6 years: ask a doctor.

Other Information
Store in a dry place

Inactive Ingredients
citric acid, extract of lemon balm and Ricola's herb mixture (elder, horehound, hyssop, lemon balm, linden flowers, mallow, peppermint, sage, thyme, wild thyme), natural color (beta-carotene), natural flavors (lemon oil, peppermint oil), starch syrup, sugar

# Ricola Sugar-free Lemon Mint herb Throat Drops



## LEMON MINT

Lemon Mint is a flavor combination of the Ricola original herb blend and menthol, with a refreshing lemony taste. Ricola Lemon Mint offers relief from the discomfort of a sore throat as well as minor throat irritation.

  

Recommend

## PRODUCT DETAIL

Click each item for specific nutritional information

Ingredients                                          ∧

Sugar Free Lemon Mint

| Active Ingredient (in each drop) | Purposes |
|---|---|
| Menthol, 1.1 mg | Oral pain reliever |

Uses temporarily relieves occasional minor irritation and pain associated with

- sore mouth
- sore throat

Warnings
Do not use

- in children under 6 years of age unless directed by a doctor.

Stop use and ask a doctor if

- sore throat is severe, persists for more than 2 days, or is accompanied by fever, headache, rash, nausea or vomiting.
- sore mouth symptoms do not improve in 7 days.

Keep out of reach of Children.

Directions

- adults and children 6 years and older: dissolve 2 drops (one at a time) slowly in the mouth. Repeat every 2 hours as needed or as directed by a doctor.
- Children under 6 years: ask a doctor.

Other Information

- Phenylketonurics, contains phenylalaline 1mg per drop.
- Excessive use may cause laxative effect
- Store in a dry place
- Product may be useful for diabetics on the advice of a doctor

Exchange Information

- 2 Drops = FREE Exchange
- 7 Drops = 1 Fruit

*Dietary exchanges based on Exchange Lists for Diabetes. © 2008 American Diabetes Associatin, American Dietetic Association.*

Inactive Ingredients
ascorbic acid (vitamin C), aspartame, citric acid, extract of lemon balm and Ricola's herb mixture (elder, horehound, hyssop, lemon balm, linden flowers, mallow, peppermint, sage, thyme, wild thyme), isomalt, natural color (beta-carotene), natural flavors (lemon oil, peppermint oil)

# Ricola Mixed Berry with Vitamin C Supplement Drops



## MIXED BERRY

Raspberries, blueberries and currants: For a mixed berry flavor that is truly outstanding and a herbal freshness that is uniquely Ricola.



[f] Recommend

## PRODUCT DETAIL

Click each item for specific nutritional information

Ingredients                                          ∧

**Mixed Berry**
with Vitamin C

Supplimental Drops
Helps Support Immune System*

**Ingredients**
Sugar, starch syrup, sodium ascorbate (vitamin C), citric acid, extract of Ricola's herb mixture (elder, horehound, hyssop, lemon balm, linden flowers, mallow, peppermint, sage, thyme, wild thyme), raspberry juice concentrate, black currant juice concentrate, bilberry juice concentrate, natural flavors, natural color (extract of fruit and vegetable).

**Suggested use**
As a dietary supplement, take 2 to 8 drops per day.

**Warnings**
Keep out of reach of children.

**Other information**
Store in a dry place.

*This statement has not been evaluated by the food and drug administration. This product is not intended to diagnose, treat, cure or prevent any disease.*

# Ricola Sugar-free Green Tea with Echinacea Cough Suppressant Throat Drops



## SUGAR FREE GREEN TEA

Strong relief of coughs and sore throats with the added benefits of green tea and echinacea extracts.



Recommend

## PRODUCT DETAIL

Click each item for specific nutritional information

Ingredients ^

Sugar Free Green Tea with Echinacea

| *Active Ingredient* (in each drop) | *Purposes* |
|---|---|
| Menthol, 4.1 mg | Cough supressant Oral pain reliever |

**Uses** temporarily relieves:

- cough due to cold or inhaled irritants
- occasional minor irritation and pain due to sore throat or sore mouth

**Warnings**
Sore throat warnings:

- if sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, swelling, nausea, or vomiting, consult a doctor promptly. These may be serious.
- Do not use in children under 6 years of age unless directed by a doctor.

**Ask a doctor before use if you have**

- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- cough accompanied by excessive phlegm (mucus)

**Stop use and ask a doctor if**

- cough persists for more than 1 week, tends to recur, or is accompanied by fever, rash or persistent headache. These could be signs of a serious condition.
- sore mouth does not improve in 7 days
- irritation, pain, or redness persists or worsens

**Keep out of reach of children.**

**Directions**

- adults and children 6 years and older: dissolve 2 drops (one at a time) slowly in the mouth. Repeat every 2 hours as needed or as directed by a doctor.
- Children under 6 years: ask a doctor.

**Other Information**

- Phenylketonurics, contains phenylalaline 1mg per drop.
- Excessive use may cause laxative effect
- Store in a dry place
- Product may be useful for diabetics on the advice of a doctor

**Exchange Information**

- 2 Drops = FREE Exchange
- 7 Drops = 1 Fruit

*Dietary exchanges based on Exchange Lists for Diabetes. © 2008 American Diabetes Association, American Dietetic Association.*

**Inactive Ingredients**
aspartame, citric acid, extracts of echinacea, green tea, peppermint and Ricola's herb mixture (elder, horehound, hyssop, lemon balm, linden flowers, mallow, peppermint, sage, thyme, wild thyme), isomalt, natural color (chlorophyll), natural flavors (peppermint oil, spearmint oil), sorbitol

# Ricola Sugar-free Swiss Cherry Herb Throat Drops



## SWISS CHERRY

Natural cherry combined with Ricola's delicious mixture of Swiss alpine herbs. Refreshing and naturally effective.



Recommend

## PRODUCT DETAIL

Click each item for specific nutritional information

Ingredients                                                    ∧

Sugar Free Cherry
Active Ingredient                  Purposes
(in each drop)

Menthol, 2.2 mg                    Oral pain reliever

Uses temporarily relieves occasional minor irritation and
pain associated with

- sore mouth
- sore throat

Warnings
Do not use

- in children under 6 years of age unless directed by
  a doctor.

Stop use and ask a doctor if

- sore throat is severe, persists for more than 2 days,
  or is accompanied by fever, headache, rash,
  nausea or vomiting.
- sore mouth symptoms do not improve in 7 days.

Keep out of reach of children.

Directions

- adults and children 6 years and older: dissolve 2
  drops (one at a time) slowly in the mouth. Repeat
  every 2 hours as needed or as directed by a doctor.
- children under 6 years: ask a doctor

Other Information

- Phenylketonurics, contains phenylalanine 1 mg per
  drop.
- excessive use may have a laxative effect
- store in a dry place
- product may be useful for diabetics on the advice
  of a doctor

Exchange information

- 2 Drops = FREE Exchange
- 7 Drops = 1 Fruit

Dietary exchanges based on Exchange Lists for Diabetes.
©2008 American Diabetes Association, American Dietetic
Association

Inactive Ingredients
aspartame, citric acid, extract of Ricola's herb mixture
(elder, horehound, hyssop, lemon balm, linden flowers,
mallow, peppermint, sage, thyme, wild thyme), isomalt,
natural cherry concentrate, natural color (extract of fruit
and vegetable), natural flavors

# EXHIBIT B

Non 5
Syn 5                    allowed

# NOSB NATIONAL LIST
# FILE CHECKLIST

## PROCESSING

**MATERIAL NAME:** **Citric Acid**

**CATEGORY:** Synthetic Allowed                    Complete?: _3/16_

____✓____        **NOSB Database Form**

____✓____        **References**

____✓____        **MSDS** (or equivalent)

____✓____        **FASP (FDA)**

____✓____        **Date file mailed out:** _____1/8/95_____

____✓____        **TAP Reviews from:** _Steve Taylor_
                 _Steven Harper_
                 _Bob Durst_

_____       **Supplemental Information:**

Microbial Fera. only ....
because of substrate might be
an product

**MISSING INFORMATION:** _____

# NOSB/NATIONAL LIST
# COMMENT FORM/BALLOT

**Use this page to write down comments and questions regarding the data presented in the file of this National List material. Also record your planned opinion/vote to save time at the meeting on the National List.**

**Name of Material** _Citric Acid_

**Type of Use:** _____ **Crops;** _____ **Livestock;** ✓ **Processing**

**TAP Review by:**

1. _Steve Taylor_
2. _Steven Harper_
3. _Bob Durst_

**Comments/Questions:**

**My Opinion/Vote is:**

**Signature** _____   **Date** _____

*1.*

# USDA/TAP REVIEWER
# COMMENT FORM

Use this page or an equivalent to write down comments and summarize your evaluation regarding the data presented in the file of this potential National List material.  Attach additional sheets if you wish.

This file is due back to us within 30 days of: *Jan 7*

Name of Material: *Citric Acid*

Reviewer Name: *Steve Taylor*

Is this substance Natural or Synthetic? Explain (if appropriate)

*Natural*

Please comment on the accuracy of the information in the file:

This material should be added to the National List as:

_____ Synthetic Allowed          _____ Prohibited Natural

or, _____ This material does not belong on the National List because:

Are there any restrictions or limitations that should be placed on this material by use or application on the National List?

*Made by fermentation. Fermentation is natural but process does ~~only~~ involve use of other substances: Substrates: corn syrup, sucrose*

Any additional comments or references?  *ammonium bicarbonate*

*Need to find out more about process and processing aids to make determination.*

Signature *Steve Taylor*          Date *3-5-95*

2.

# USDA/TAP REVIEWER
# COMMENT FORM

**Use this page or an equivalent to write down comments and summarize your evaluation regarding the data presented in the file of this potential National List material. Attach additional sheets if you wish.**

| This file is due back to us within 30 days of: _Jan 7_ |

**Name of Material:** _Citric Acid_

**Reviewer Name:** _Steven Harper_

**Is this substance Natural or Synthetic? Explain (if appropriate)**

Synthetic

**Please comment on the accuracy of the information in the file:**

Good

**This material should be added to the National List as:**

___x___ **Synthetic Allowed** _____ **Prohibited Natural**

**or, _____ This material does not belong on the National List because:**

**Are there any restrictions or limitations that should be placed on this material by use or application on the National List?**

No.

**Any additional comments or references?**

**Signature** _Steven Harper_   **Date** _3/10/95_

# USDA/TAP Reviewer
## Comment Form

3.

Material: Citric acid

Reviewer: Bob Durst

---

Is this substance Natural or Synthetic? Explain (if appropriate)

It is a natural occurring substance that commercially goes through numerous chemical processes to get to it's final usable form. This processing would suggest that it be classified as synthetic.

Please comment on the accuracy of the information in the file:

The file is accurate.

This material should be added to the National List as:

___X___ Synthetic Allowed,

_____ Prohibited Natural, or

_____ This material does not belong on the National List because:

Are there any restriction or limitations that should be placed on this material by use or application on the National List?

Must be listed on the ingredient label if it used used.

Unless it is actually derived from a natural source the labeling must not indicate that it is a natural compound.

Any additional comments or references?

As with all synthetic inorganic salts, source must be food grade. In addition each lot should be analyzed for toxic element concentrations (mercury, lead, cadmium, arsenic, thallium and antimony) and a near zero tolerance adopted.

Since citrus juices are a high natural source of citric acid, it might be advisable to find a manufacturer that is willing to isolate citric acid from organically grown fruit in an organically acceptable manner, and get a natural citric acid.

Signature _____     Date _3/4/95___

# NOSB Materials Database

## Identification

4.

**Common Name** **Citric Acid**

**Chemical Name** B-hydroxy-tricarboxylic acid C6H8O7

**Other Names** Citric Acid, Anhydrous USP/FCC

**Code #: CAS** 77-92-9

**Code #: Other** 21 CFR 182-1033

**N. L. Category** Synthetic Allowed

**MSDS** ◉ yes ○ no

## Chemistry

**Family** Aliphatic Acid

**Composition** $C_6H_8O_7$

**Properties** Colorless, translucent crystals, (or) white granular to fine crystalline powder, odorless, strong acid taste.

**How Made** Traditionally by extraction from citrus juice, no longer commercially available. It is now extracted by fermentation of a carbohydrate substrate (often molasses) by citric acid bacteria, *Aspergillus niger* (a mold) or *Candida guilliermondii* (a yeast). Citric acid is recovered from the fermentation broth by a lime and sulfuric acid process in which the citric acid is first precipitated as a calcium salt and then reacidulated with sulfuric acid.

## Use/Action

**Type of Use** Processing

**Specific Use(s)** Production of fruit products, juices, oils, fats etc. for pH control, flavor enhancer, flavoring agent or adjuvant, leavening agent, sequestrant, antioxidant, solvent, antimicrogial agent, surface-active agent.

**Action** Optimizes stability of frozen foods by enhancing the action of antioxidants and inactivating enzymes. Brings out flavor in carbonated beverages. Acts as a synergist for antioxidants employed in inhibiting rancidity in foods containg fats and oils.

**Combinations** pure substance

## Status

**OFPA**

**N. L. Restriction** Currently considered synthetic by NOSB.

**EPA, FDA, etc Directions** FDA -GRAS

**Safety Guidelines** Eye irritant, dust may cause mild respiratory irritation.

**State Differences**

**Historical status** Always been allowed in organic processing and considered natural.

**Internationl status** Allowed by IFOAM, EU and Codex.

# NOSB Materials Database

## OFPA Criteria

**2119(m)1: chemical interactions**     Not Applicable

**2119(m)2: toxicity & persistence**     Not Applicable

**2119(m)3: manufacture & disposal consequences**

Microbial fermentation –Clarification --Precipitation –Dissolution –Crystallization –Drying –Sifting –packaging. The NOSB judged that citric acid produced by natural fermentation of carbohydrate substrates and purified by the lime-sulfuric method is synthetic because the citric acid comes into contact with lime and sulfuric acid and because of the chemical change from citric acid to calcium citrate and then back to citric acid during purification.

Biomass residuals are usually recycled as animal feeds and for agriculture.

**2119(m)4: effect on human health**

Material has been affirmed as GRAS by FDA for use in foods.  The amount of citrate added to foods by food processors is about 500 mg per person per day.  This amount occurs naturally in 2 ounces of orange juice and does not constitute a significant addition to the total body load.

Long term oral over exposure may cause damage to tooth enamel.  Considered an irritatant to eyes and respiratory system during manufacture and handling.  Recommended use of eye and respiratory protection during handling.  Oral LD50 (rat) 11,700 mg/kg; dermal (acute) tested on skin of rabbit 500mg/24 hr moderate; eye 750 mg/24hr severe.  FDA tests show no effect on reproduction, teratogenicity or oncogenicity in rats.

**2119(m)5: agroecosystem biology**     Not Applicable

**2119(m)6: alternatives to substance**

Lactic acid ( has some taste problems and not used in infant foods).

Vinegar (strange taste in some foods).

Citrus juices.

**2119(m)7: Is it compatible?**

Compatible

## References

1. FDA. 1977.  Evaluation of the health aspects of citric acid, sodium citrate, potassium citrate, calcium citrate, ammonium citrate, triethyl citrate, isopropyl citrate, and stearyl citrate as food ingredients.  SCOGS-84.  Life Science Research Office, 9650 Rockville Pike, Bethesda, Maryland 20014.

2. Ag Partners of Davis, *Materials Report for Citric Acid*, 1995.  Organic Trade Association, Greenfield, MA

6.

```
--------------------------------------------------------------------
MSDS for   CITRIC ACID, MONOHYDRATE                    Page  1
--------------------------------------------------------------------
```

```
--------------------------------------------------------------------
   1 - PRODUCT IDENTIFICATION
--------------------------------------------------------------------
```

PRODUCT NAME:   CITRIC ACID, MONOHYDRATE
FORMULA:        HOC(COOH)(CH2COOH)2 H2O      FORMULA WT:    210.14
CAS NO.:    5949-29-1
COMMON SYNONYMS:  2-HYDROXY-1,2,3,PROPANE-TRICARBOXYLIC ACID, MONOHYDRATE
PRODUCT CODES:  0118,0120,0119,0110
  EFFECTIVE: 12/01/86                    REVISION #02

            PRECAUTIONARY LABELLING
BAKER SAF-T-DATA(TM) SYSTEM
    HEALTH     - 0 NONE
     FLAMMABILITY - 1 SLIGHT
     REACTIVITY  - 0 NONE
     CONTACT    - 1 SLIGHT
HAZARD RATINGS ARE 0 TO 4 (0 = NO HAZARD; 4 = EXTREME HAZARD).
LABORATORY PROTECTIVE EQUIPMENT:  SAFETY GLASSES; LAB COAT

PRECAUTIONARY LABEL STATEMENTS
            CAUTION
         MAY CAUSE IRRITATION
DURING USE AVOID CONTACT WITH EYES, SKIN, CLOTHING.  WASH THOROUGHLY AFTER
HANDLING.  WHEN NOT IN USE KEEP IN TIGHTLY CLOSED CONTAINER.
SAF-T-DATA(TM) STORAGE COLOR CODE:    ORANGE (GENERAL STORAGE)

```
--------------------------------------------------------------------
   2 - HAZARDOUS COMPONENTS
--------------------------------------------------------------------
```

          COMPONENT          %   CAS NO.
CITRIC ACID, MONOHYDRATE              05949-29-1

```
--------------------------------------------------------------------
   3 - PHYSICAL DATA
--------------------------------------------------------------------
```

BOILING POINT:  N/A          VAPOR PRESSURE(MM HG): N/A
MELTING POINT:  N/A          VAPOR DENSITY(AIR=1): N/A
SPECIFIC GRAVITY: 1.54       EVAPORATION RATE:   N/A
  (H2O=1)              (BUTYL ACETATE=1)
SOLUBILITY(H2O):    APPRECIABLE (MORE THAN 10 %)  % VOLATILES BY VOLUME: 0
APPEARANCE & ODOR:  WHITE, ODORLESS POWDER.

```
--------------------------------------------------------------------
   4 - FIRE AND EXPLOSION HAZARD DATA
--------------------------------------------------------------------
```

FLASH POINT (CLOSED CUP  N/A
FLAMMABLE LIMITS: UPPER - N/A %     LOWER - N/A %
FIRE EXTINGUISHING MEDIA
  USE WATER SPRAY, CARBON DIOXIDE, DRY CHEMICAL OR ORDINARY FOAM.

SPECIAL FIRE-FIGHTING PROCEDURES
  FIREFIGHTERS SHOULD WEAR PROPER PROTECTIVE EQUIPMENT AND SELF-CONTAINED
  BREATHING APPARATUS WITH FULL FACEPIECE OPERATED IN POSITIVE PRESSURE MODE.

7.

TOXIC GASES PRODUCED:   CARBON MONOXIDE, CARBON DIOXIDE

-------------------------------------------------------------------
    5 - HEALTH HAZARD DATA
-------------------------------------------------------------------
TOXICITY TEST RESULTS AND SAFETY AND HEALTH EFFECTS ARE LISTED FOR THE
ANHYDROUS PRODUCT.
TOXICITY:  LD50 (ORAL-RAT)(G/KG)        - 11.7
        LD50 (IPR-RAT)(MG/KG)      - 883
        LD50 (SCU-RAT)(MG/KG)       - 5500
        LD50 (ORAL-MOUSE)(MG/KG)   - 5040
CARCINOGENICITY: NTP: NO    IARC: NO    Z LIST: NO    OSHA REG: NO
EFFECTS OF OVEREXPOSURE
  DUST MAY IRRITATE NOSE AND THROAT.
  DUST MAY CAUSE HEADACHE, COUGHING, DIZZINESS OR DIFFICULT BREATHING.
  DUST MAY IRRITATE OR BURN MUCOUS MEMBRANES.
  CONTACT WITH SKIN OR EYES MAY CAUSE IRRITATION.

TARGET ORGANS:  EYES, SKIN
MEDICAL CONDITIONS GENERALLY AGGRAVATED BY EXPOSURE:   NONE IDENTIFIED
ROUTES OF ENTRY:  INHALATION, EYE CONTACT, SKIN CONTACT

EMERGENCY AND FIRST AID PROCEDURES
  INGESTION:   IF SWALLOWED AND THE PERSON IS CONSCIOUS, IMMEDIATELY GIVE
        LARGE AMOUNTS OF WATER. GET MEDICAL ATTENTION.
  INHALATION:   IF A PERSON BREATHES IN LARGE AMOUNTS, MOVE THE EXPOSED
        PERSON TO FRESH AIR. GET MEDICAL ATTENTION.
  EYE CONTACT:  IMMEDIATELY FLUSH WITH PLENTY OF WATER FOR AT LEAST 15
        MINUTES. GET MEDICAL ATTENTION.
  SKIN CONTACT:  IMMEDIATELY WASH WITH PLENTY OF SOAP AND WATER FOR AT LEAST
        15 MINUTES.

-------------------------------------------------------------------
    6 - REACTIVITY DATA
-------------------------------------------------------------------
STABILITY: STABLE        HAZARDOUS POLYMERIZATION: WILL NOT OCCUR
INCOMPATIBLES:      STRONG BASES
DECOMPOSITION PRODUCTS: CARBON MONOXIDE, CARBON DIOXIDE
-------------------------------------------------------------------
    7 - SPILL AND DISPOSAL PROCEDURES
-------------------------------------------------------------------
STEPS TO BE TAKEN IN THE EVENT OF A SPILL OR DISCHARGE
  WEAR SUITABLE PROTECTIVE CLOTHING.  CAREFULLY SWEEP UP AND REMOVE.
DISPOSAL PROCEDURE
  DISPOSE IN ACCORDANCE WITH ALL APPLICABLE FEDERAL, STATE, AND LOCAL
  ENVIRONMENTAL REGULATIONS.

-------------------------------------------------------------------
    8 - PROTECTIVE EQUIPMENT
-------------------------------------------------------------------
VENTILATION:      USE ADEQUATE GENERAL OR LOCAL EXHAUST VENTILATION
        TO KEEP FUME OR DUST LEVELS AS LOW AS POSSIBLE.
RESPIRATORY PROTECTION:  NONE REQUIRED WHERE ADEQUATE VENTILATION
        CONDITIONS EXIST. IF AIRBORNE CONCENTRATION IS
        HIGH, USE AN APPROPRIATE RESPIRATOR OR DUST MASK.
EYE/SKIN PROTECTION:   SAFETY GLASSES WITH SIDESHIELDS, NITRILE GLOVES
        RECOMMENDED.

8.

--------------------------------------------------------------
### 9 - STORAGE AND HANDLING PRECAUTIONS
--------------------------------------------------------------
SAF-T-DATA(TM) STORAGE COLOR CODE:    ORANGE (GENERAL STORAGE)
SPECIAL PRECAUTIONS
  KEEP CONTAINER TIGHTLY CLOSED.  SUITABLE FOR ANY GENERAL CHEMICAL STORAGE
  AREA.

--------------------------------------------------------------
### 10 - TRANSPORTATION DATA AND ADDITIONAL INFORMATION
--------------------------------------------------------------
DOMESTIC (D.O.T.)
PROPER SHIPPING NAME     CHEMICALS, N.O.S. (NON-REGULATED)

INTERNATIONAL (I.M.O.)
PROPER SHIPPING NAME     CHEMICALS, N.O.S. (NON-REGULATED)

9.

```
                     U.S. FOOD AND DRUG ADMINISTRATION
                          FOOD ADDITIVE SAFETY PROFILE
-----------------------------------------------------------------------

CITRIC ACID

CAS#:     000077929     HUMAN CONSUMPTION:     90.5367     MG/KG BW/DAY/PERSON
FASP#:    1937          MARKET DISAPPEARANCE:  106833333.333LBS/YR
TYPE:     ASP           MARKET SURVEY:         87
NAS#:     2306          JECFA:                 NL-C
FEMA#:    2306          JECFA ADI:                         MG/KG BW/DAY/PERSON
GRAS#:    3             JECFA ESTABLISHED:     1979
POTENTIAL BEVERAGE USE  LAST UPDATE:           931115

FW:       192.12        DENSITY:               LOGP:

STRUCTURE CATEGORIES:   A6

COMPONENTS:

SYNONYMS:               CITRIC ACID, ANHYDROUS
                        2-HYDROXY-1,2,3-PROPANETRICARBOXYLIC ACID
                        HYDROXYTRICARBOXYLIC ACID, BETA-
                        1,2,3-PROPANETRICARBOXYLIC ACID, 2-HYDROXY-
                        ACIDE CITRIQUE

CHEMICAL FUNCTION:      F

TECHNICAL EFFECT:       PH CONTROL AGENT
                        FLAVOR ENHANCER
                        FLAVORING AGENT OR ADJUVANT
                        LEAVENING AGENT
                        SEQUESTRANT
                        ANTIOXIDANT
                        SOLVENT OR VEHICLE
                        SURFACE-ACTIVE AGENT
                        ANTIMICROBIAL AGENT
                        ENZYME

CFR REG NUMBERS:        173.165        172.755        182.6033
                        182.1033       PART 133       PART 146
                        161.190        PART 169       PART 150
                        155.130        145.145        131.111
                        131.112        131.136        131.144
                        131.138        131.146        146.187
                        150.161        150.141        166.40
                        169.115        169.140        169.150
                        173.160        173.280        145.131
                        166.110        184.1033

MINIMUM TESTING LEVEL: 3

COMMENTS:  STUDY 1-12 FROM SCOGS-84

-----------------------------------------------------------------------

BOX 4A:    LOWEST EFFECT LEVEL OBSERVED IN ALL AVAILABLE RAT OR MOUSE STUDIES

STUDY:    4           COMPLETENESS:     RANKING FACTOR: 1.93BE-2
SPECIES:  RAT                           LEL:   4670    MG/KG BW/DAY
EFFECTS:  CHOLESTEROL DECREASE
          GLUTAMIC-OXALOACETIC TRANSAMINASE (SGOT/AST) INCREASE
          ORGAN WEIGHT DECREASE
          CELLULAR ATROPHY
SITES:    THYMUS
          SPLEEN
COMMENTS: MALES ONLY
          SLIGHT ATROPHY OF THYMUS AND SPLENIC FOLLICLES
          DATA FROM SCOGS-84

-----------------------------------------------------------------------
```

10.

BOX 4C:    LOWEST EFFECT LEVEL OBSERVED IN ALL AVAILABLE STUDIES

STUDY:      4            COMPLETENESS:    RANKING FACTOR: 1.93E-2
SPECIES:    RAT                          LEL:   4670   MG/KG BW/DAY
EFFECTS:    CHOLESTEROL DECREASE
            GLUTAMIC-OXALOACETIC TRANSAMINASE (SGOT/AST) INCREASE
            ORGAN WEIGHT DECREASE
            CELLULAR ATROPHY
SITES:      THYMUS
            SPLEEN
COMMENTS:   MALES ONLY
            SLIGHT ATROPHY OF THYMUS AND SPLENIC FOLLICLES
            DATA FROM SCOGS-84

-------------------------------------------------------------------

BOX 7:     ACUTE TOXICITY INFORMATION

STUDY:      2                            SOURCE: J TAKEDA RES LAB 30:25-31
SPECIES:    RAT                          YEAR:  1971
                                         LD50:  12000   MG/KG BW

COMMENTS:

STUDY:      1                            SOURCE: J TAKEDA RES LAB 30:25-31
SPECIES:    MOUSE                        YEAR:  1971
                                         LD50:  5000    MG/KG BW

COMMENTS:

-------------------------------------------------------------------

BOX 9:     ORAL TOXICITY STUDIES (OTHER THAN ACUTE)

STUDY:      3            COMPLETENESS:    SOURCE: REV PORT FARM 20:41-46
TYPE:       SHORT TERM                   YEAR:  1970
SPECIES:    RAT                          LEL:   200    MG/KG BW/DAY
DURATION:   9 DAYS                       HNEL:
EFFECTS:    BODY WEIGHT DECREASE
SITES:
COMMENTS:   INITIAL DECREASE IN WEIGHT DID NOT PERSIST
            NOT USED FOR PRIORITY RANKING

STUDY:      4            COMPLETENESS:    SOURCE: J TAKEDA RES LAB 30:25-31
TYPE:       SHORT TERM                   YEAR:  1971
SPECIES:    RAT                          LEL:   4670   MG/KG BW/DAY
DURATION:   42 DAYS                      HNEL:  2260   MG/KG BW/DAY
EFFECTS:    CHOLESTEROL DECREASE
            GLUTAMIC-OXALOACETIC TRANSAMINASE (SGOT/AST) INCREASE
            ORGAN WEIGHT DECREASE
            CELLULAR ATROPHY
SITES:      THYMUS                             SPLEEN
COMMENTS:   SLIGHT ATROPHY OF THYMUS AND SPLENIC FOLLICLES

STUDY:      5            COMPLETENESS:    SOURCE: J AM PHARM ASSOC SCI ED
                                                 34:86-89
TYPE:       SUBCHRONIC RODENT            YEAR:  1945
SPECIES:    RAT                          LEL:   >      MG/KG BW/DAY
DURATION:   90 DAYS                      HNEL:  600    MG/KG BW/DAY
EFFECTS:    NO EFFECTS
SITES:
COMMENTS:   BODY WEIGHT, BLOOD, HISTOPATH AND REPRODUCTION OBSERVED

STUDY:      6            COMPLETENESS:    SOURCE: J AM PHARM ASSOC SCI ED
                                                 34:86-89
TYPE:       SUBCHRONIC MAMMAL (NON-RODENT)YEAR: 1945
SPECIES:    DOG                          LEL:   >      MG/KG BW/DAY
DURATION:   112 DAYS                     HNEL:  1380   MG/KG BW/DAY
EFFECTS:    NO EFFECTS
SITES:
COMMENTS:   NO BEHAVIORAL, BIOCHEMICAL OR HISTOPATHOLOGICAL ABNORMALITIES

STUDY:      10           COMPLETENESS:    SOURCE: GRP 7T0195 3
TYPE:       TERATOGENICITY               YEAR:  1973
SPECIES:    RAT                          LEL:   >      MG/KG BW/DAY

11.

```
DURATION: 10 DAYS                        HNEL:  295     MG/KG BW/DAY
EFFECTS:  NO EFFECTS
SITES:
COMMENTS: ADMINISTERED DAY 6-15 OF GESTATION

STUDY:    9              COMPLETENESS:     SOURCE: GRP 7T0195 3
TYPE:     TERATOGENICITY                   YEAR:   1973
SPECIES:  MOUSE                            LEL:    >        MG/KG BW/DAY
DURATION: 10 DAYS                          HNEL:   241      MG/KG BW/DAY
EFFECTS:  NO EFFECTS
SITES:
COMMENTS: ADMINISTERED DAY 6-15 OF GESTATION

STUDY:    11             COMPLETENESS:     SOURCE: GRP 7T0195 3
TYPE:     TERATOGENICITY                   YEAR:   1973
SPECIES:  HAMSTER                          LEL:    >        MG/KG BW/DAY
DURATION: 5 DAYS                           HNEL:   272      MG/KG BW/DAY
EFFECTS:  NO EFFECTS
SITES:
COMMENTS: ADMINISTERED DAY 6-10 OF GESTATION

STUDY:    12             COMPLETENESS:     SOURCE: GRP 7T0195 3
TYPE:     TERATOGENICITY                   YEAR:   1973
SPECIES:  RABBIT                           LEL:    >        MG/KG BW/DAY
DURATION: 13 DAYS                          HNEL:   425      MG/KG BW/DAY
EFFECTS:  NO EFFECTS
SITES:
COMMENTS: ADMINISTERED DAY 6-18 OF GESTATION

STUDY:    8              COMPLETENESS:     SOURCE: J AGRIC FOOD CHEM 5:759-760
TYPE:     RAT ONCOGENICITY                 YEAR:   1957
SPECIES:  RAT                              LEL:    >        MG/KG BW/DAY
DURATION: 728 DAYS                         HNEL:   2000     MG/KG BW/DAY
EFFECTS:  NO EFFECTS
SITES:
COMMENTS: MALES ONLY

STUDY:    7              COMPLETENESS:     SOURCE: VOEDING 17:137-148
TYPE:     REPRODUCTION (3-GENERATION)      YEAR:   1956
SPECIES:  RAT                              LEL:    >        MG/KG BW/DAY
DURATION:                                  HNEL:   800      MG/KG BW/DAY
EFFECTS:  NO EFFECTS
SITES:
COMMENTS:

--------------------------------------------------------------------

BOX 3:    GENETIC TOXICITY STUDIES

STUDY:    15            COMPLETENESS:      SOURCE:
TYPE:                                      YEAR:
SPECIES:                                   LEL:
DURATION:                                  HNEL:          MG/KG BW/DAY
EFFECTS:
CELLS:
COMMENTS:

--------------------------------------------------------------------
```

# EXHIBIT C







# EXHIBIT D

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NEW YORK 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        212-465-1188
                        cklee@leelitigation.com

September 11, 2015

_**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**_

Legal Department
Ricola USA Inc.
6 Campus Dr. 2nd Floor South
Parsippany, NJ 07054

*Re: Demand Letter re:*    Ricola Cherry Honey herb throat drops
                           Ricola Honey Lemon with Echinacea cough suppressant throat drops
                           Ricola Lemon Mint herb throat drops
                           Ricola Sugar-free Lemon Mint herb throat drops
                           Ricola Mixed Berry with Vitamin C supplement drops
                           Ricola Sugar-free Green Tea with Echinacea cough suppressant throat
                           drops
                           Ricola Sugar-free Swiss Cherry herb throat drops
                           (together, the "Products").

To Whom It May Concern:

This demand letter serves as a notice and demand for corrective action on behalf of my client, Valerie Liu and all other persons similarly situated, arising from violations of numerous provisions of California law including the Consumers Legal Remedies Act, Civil Code § 1770, including but not limited to subsections (a)(5) and (9) and violations of consumer protection laws of each of the fifty states and the District of Columbia. This demand letter serves as notice pursuant to state laws concerning your deceptive and misleading Product labeling and packaging.

You have participated in the manufacture, marketing and sale of the Ricola Throat Drop Products. The Products are falsely and misleadingly represented as "Naturally Soothing" on their labels even though they contain the non-natural, highly chemically and industrially processed ingredients Ascorbic Acid (Vitamin C), Citric Acid and Malic Acid. Such representations are false and misleading and violate consumer protection laws of each of the fifty states and the District of Columbia as well as Section 403 of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 343. As a result, the Products are misbranded.

Ms. Valerie Liu, a resident of California, purchased the Ricola Throat Drop Products, including the Honey Lemon with Echinacea and Sugar-free Swiss Cherry flavors, in reliance on the natural claims on the packaging and is acting on behalf of a

class defined as all persons in each of the fifty states and the District of Columbia who purchased the Products (hereafter, the "Class"). While Ascorbic Acid (Vitamin C), Citric Acid and Malic Acid are and can be naturally occurring ingredients, they are synthetic and/or highly chemically altered in industrially processed food products such as Ricola Throat Drop Products. Such ingredients were not expected by Ms. Liu, nor would they be expected by other reasonable customers, to be in products with a "Naturally Soothing" claim on their labels.

To cure the defects described above, we demand that you (i) cease and desist from continuing to label and package the Products as "Naturally Soothing"; (ii) disclose on the labels of the Products the fact that Ascorbic Acid (Vitamin C), Citric Acid and Malic Acid are not natural; (iii) issue an immediate recall on any Products with such misrepresentations or failure to disclose required information; and (iv) make full restitution to all purchasers throughout the United States of all purchase money obtained from sales thereof.

We further demand that you preserve all documents and other evidence which refer or relate to any of the above-described practices including, but not limited to the following:

(i)     All documents concerning the manufacture, labeling and packaging process for the Products;

(ii)    All communications with the U.S. Food and Drug Administration concerning the product development, labeling, packaging, marketing and sales of the Products;

(iii)   All documents concerning the advertisement, marketing, or sale of the Products; and

(iv)    All communications with customers concerning complaints or comments concerning the Products.

We are willing to negotiate to attempt to resolve the demands asserted in this letter. If you wish to enter into such discussions, please contact me immediately. If I do not hear from you promptly, I will conclude that you are not interested in resolving this dispute short of litigation. If you contend that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents promptly.

Very truly yours,

C.K. Lee, Esq.