Abrams, R.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/16

TIMOTHY MINKER, VALERIE LIU and JOHN
DOES 1-100, *on behalf of themselves and others
similarly situated*,

                                     Plaintiffs,                    15-cv-9014

              -against-                                    **NOTICE OF DISMISSAL**
                                                           **PURSUANT TO F.R.C.P.**
RICOLA USA, INC.,                                          **41(a)(1)(A)(i)**

                                     Defendant.

_____

          **PLEASE TAKE NOTICE** that  the claims of Plaintiffs are hereby dismissed without

prejudice against the Defendant, RICOLA USA, INC., pursuant to the Federal Rules of Civil

Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: January 15, 2016
          New York, New York

                              By: _____
                                     C.K. Lee, Esq. (CL 4086)
                                     Lee Litigation Group, PLLC
                                     30 East 39th Street, Second Floor
                                     New York, NY 10016
                                     Tel.: (212) 465-1188
                                     Fax: (212) 465-1181
                                     cklee@leelitigation.com

SO ORDERED:

_____
U.S.D.J.
1/15/16